IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-10067
Summary Calendar

_____


CARMELO CHAPARRO-HERNANDEZ,

Petitioner-Appellant,

versus

WILLIAM J. HARRINGTON, District Director
of the Dallas Office of Immigration and
Naturalization Service,

Respondent-Appellee.


_____

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 3:00-CV-47)

_____

September 25, 2000

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Carmelo Chaparro-Hernandez appeals the district court's denial of his motion

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for a temporary restraining order and application for writ of habeas corpus.  We agree with the district court that it does not have jurisdiction to hear his appeal of the Immigration Judge's removal order.  *See* 8 U.S.C. § 1252(b)(2); *Udenze v. Strapp*, 977 F. Supp. 418, 421 (N.D. Tex. 1997).  We also agree that it does not have jurisdiction over his amnesty claim.  *See McNary v. Haitian Refugee Ctr., Inc.*, 498 U.S. 479, 486 (1991) (holding that courts of appeals are the only forums for judicial review under the Immigration and Reform Act).

AFFIRMED.